IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CURTIS CRAFT                                            PLAINTIFF

v.                     CASE No. 6:07-CV-06002

OUACHITA TECHNICAL COLLEGE;
DR. BARRY J. BALLARD, in his individual
and official capacity as President of
Ouachita Technical College; DR. BLAKE
ROBERTSON, in his individual and official
capacity as Vice President of Adult and
Workforce Services at Ouachita Technical
College; and BOARD OF TRUSTEES FOR OUACHITA
TECHNICAL COLLEGE                                      DEFENDANTS


**J U D G M E N T**

For reasons set forth in the Order, filed contemporaneously herewith, Defendants' Motion to Dismiss is **DENIED** in part and **GRANTED** in part.

IT IS SO ORDERED this 5th day of October 2007.


*/s/ Robert T. Dawson*
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)