```
            IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

CURTIS CRAFT                                                    PLAINTIFF

    v.                    Civ. No. 07-6002

OUACHITA TECHNICAL COLLEGE;
DR. BARRY J. BALLARD, in his individual
and official capacity as President of
Ouachita Technical College;
DR. BLAKE ROBERTSON, in his individual
and official capacity as Vice President of
Adult and Workforce Services at Ouachita
Technical College; and BOARD OF TRUSTEES
FOR OUACHITA TECHNICAL COLLEGE                                  DEFENDANTS

## **J U D G M E N T**

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' Motion for Summary Judgment (Doc. 37) is hereby GRANTED. All parties are to bear their own costs and fees, and Plaintiff's complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 21st day of October, 2008.

                                              */s/ Robert T. Dawson*
                                              Honorable Robert T. Dawson
                                              United States District Judge